**No. 60144.**—Guy B. Barham Co. for Standard Wiping Rags Co. *v.* United States, protest 527463–G (Los Angeles).

Opinion by RAO, J. In accordance with stipulation of counsel that 20 percent of the merchandise consists of rags used chiefly for papermaking, the claim of the plaintiff was sustained with respect to said 20 percent of the merchandise.